**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**RICHARD MARK PAVLICK**
**TO THE BAR OF MARYLAND**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 39**

\*     **September Term, 2021**

## ORDER

Upon consideration of the Verified Petition of Richard Mark Pavlick for Reinstatement to the Maryland Bar and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 12th day of January, 2022,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that Richard Mark Pavlick is reinstated as a member of the Bar of Maryland subject to the terms and conditions of the Monitor Agreement; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name Richard Mark Pavlick upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk